# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131148

SHERRY WILLIAMS and
SCOTT AUSTIN WILLIAMS,
      Plaintiffs,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee,

and

CHARLES ROTHNEY and
PATRICIA ROTHNEY,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131148
COA: 257938
Ingham CC: 03-000241-ND

      On order of the Court, the application for leave to appeal the January 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

t0821

      Clerk